8:26-CV-441-KKM-SPF

February 3, 2026

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Jerry Lavon Best

2828 Clark Rd, Suite 7A

Sarasota, FL 34231

FEB 17 2026 PM1:25
FILED - USDC - FLMD - TPA

Plaintiff,

Vs.

Jiosaavan Music Streaming Co. Limited,           *Mumbai Office*: Saavn Media
8th Floor, Innov8 by OYO, 1181, 1182,
Solitaire Corporate Park, Cardinal Gracious Road,    Mumbai, Maharashtra 400093,
India Defendant.

*SUMMONS AND COMPLAINT FOR ROYALTIES AND PROTECTION FROM ELDER FINANCIAL ABUSE*

To: Jiosaavan Music Streaming Co            Mumbai, Maharashtra India

YOU ARE HEREBY SUMMONSED to answer the following Complaint within 21 days after service of this Summons.

*COMPLAINT*

I, Jerry Lavon Best, allege:

1. Unethical business practices by Jiosaavan Music Streaming Co
2. Unauthorized use of my brand and music for 5 years
3. Elder financial abuse

*MOTION FOR ROYALTIES AND PROTECTION*:

- Payment of $3,000,000.00 in unpaid royalties (Silentwhisper AD, jbest)
- Protection from further elder financial abuse
- Internet protection for my brand and music

*RULES AND LAWS*:

- Lanham Act (15 U.S.C. § 1125(a)) – Trademark infringement
- Copyright Act (17 U.S.C. § 501) – Copyright infringement
- Florida Deceptive and Unfair Trade Practices Act (FDUTPA)
- Elder Abuse Prevention Act (18 U.S.C. § 1341)

Respectfully submitted,

Jerry Lavon Best

February 3, 2026